# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHEWANDA R.M. PRICE,       )
      )
       Plaintiff,       )
      )
      v.       )       Civil Action No. 17-1625 (UNA)
      )
IMA S. GILLESPIE,       )
      )
       Defendant.       )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, such that they can prepare a responsive answer, prepare an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed plaintiff's "Class A Federal Human Rights D[i]plomatic Immunity Rights Business Enterprise Entrepreneur Builder Architect Contractor . . . Workman

Compensation Lawsuit," Compl. at 1, and concludes that it fails to meet the standard set forth in Rule 8(a). The complaint neither states the basis of the Court's jurisdiction, nor sets forth a claim showing plaintiff's entitlement to relief, nor demands any particular form of relief. Accordingly, the Court will dismiss the complaint without prejudice. An Order is issued separately.

DATE: 5|25|17

_____
United States District Judge